# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>            Plaintiff,                        )<br>                                                       )<br>v.                                                   )         Case Number 16-40047-DDC<br>                                                       )<br>KENT E. LINDEMUTH,                 )<br>                                                       )<br>            Defendant.                    ) | |

## ENTRY OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT

Come Now William J. Skepnek and William J. Skepnek, Jr., of The Skepnek Law Firm, PA, and enter their appearance as additional counsel of record for the Defendant, Kent E. Lindemuth.

Respectfully submitted,

*s/* William J. Skepnek
William J. Skepnek, #10149
William J. Skepnek, Jr., #25470
The Skepnek Law Firm, PA
832 Pennsylvania
Lawrence, KS  66044
Telephone: (785) 856-3100
Facsimile: (785) 856-3099
E-mail: bskepnek@skepneklaw.com
E-mail: wskepnek@skepneklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December, 2016, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

2

Anthony W. Mattvi, #17082
Assistant United States Attorney



                          s/ William J. Skepnek
                          Corlin J. Pratt